UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                          U.S. District Court Case No.:
                                                                08-cv-2000 (CM)

FOOD MANAGEMENT GROUP, LLC,                                     Chapter 11
KMA I, Inc.,
KMA II, Inc.,                                                   Case No.: 04-22880 (ASH)
KMA III, Inc.,                                                  Case No.: 04-22890 (ASH)
BRONX DONUT BAKERY, INC.,                                       Case No.: 04-22891 (ASH)
                                                                Case No.: 04-22891 (ASH)
                                                                Case No.: 04-04-20312 (ASH)
                        Debtors.
---------------------------------------------------------------X  (Jointly Administered)
JANICE GRUBIN, in her capacity as Chapter 11
Trustee for Debtors FOOD MANAGEMENT GROUP,
LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc.                   Adv. Pro. No. 07-08221 (MG)
BRONX DONUT BAKERY, INC.,

                        Plaintiffs,
        v.

ANASTASIOS (a/k/a TOM) GIANOPOULOS;
CONSTANTINE (a/k/a GUS GIANOPOULOS;
ANASTASIA (a/k/a STACEY GIANOPOULOS;
64 EAST 126TH STREET, LLC; NEWELL
FUNDING LLC; GOLDEN AGE MORTGAGE
CORP.; DEVELOPMENT STRATEGIES COMPANY,
LLC; THOMAS R. BOREK; ROBERT J. STOCKEL;
ROBERT K. RATTET; JONATHAN S. PASTERNAK;
RATTET PASTERNAK & GORDON OLIVER, LLP;
ALAN H. ROTHSCHILD; ROTHSCHILD & PEARL,
LLP; NODINE REALTY CORPORATION.

                        Defendants.
---------------------------------------------------------------X

## NOTICE OF ASSIGNMENT OF UNITED STATES
## DISTRICT COURT CASE NUMBER

PLEASE TAKE NOTICE that Case No. 08-cv-2000 (CM) has been assigned in the

United States District Court, Southern District of New York, with regard to the Motion to

Withdraw Reference filed on February 26, 2008 on behalf of Defendants ROBERT K. RATTET, JONATHAN S. PASTERNAK, and RATTET PASTERNAK & GORDON OLIVER, LLP.

This case has been referred to Honorable Colleen McMahon as possibly related to Case No. 06-cv-4078.

Dated: New York, New York
       March 11, 2008

                        Yours, etc.,

                        WHITE FLEISCHNER & FINO, LLP

                        By: *[signature]*
                        Gil M. Coogler
                        Attorneys for Defendants ROBERT L. RATTET, JONATHAN S. PASTERNAK AND RATTET PASTERNAK & GORDON OLIVER, LLP
                        140 Broadway - 36th Floor
                        New York, New York 10005
                        (212) 487-9700
                        Our File No.: 352-11986-D-LW-BAF/GMC

To: See Attached Affidavit

## Affidavit of Service

Julia Bryant, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on March 11, 2008, deponent served a true copy of the within **NOTICE OF ASSIGNMENT OF UNITED STATES DISTRICT COURT CASE NUMBER** by depositing same in an official depository under the exclusive care and custody of the United State Postal Service within the State of New York in a prepaid envelope, addressed to the attorneys and parties listed on the following service list:

**Attorneys for Chapter 11 Trustee**
Warren Von Credo Baker, Esq.
Drinker Biddle Gardner Carton
191 N. Wacker Dr
Suite 3700
Chicago, IL 60606


*U.S. Trustee* **United States Trustee**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**
Richard Morrisey, Esq.
Office of the U.S. Trustee
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

_____
JULIA BRYANT

Sworn to before me this
11th day of March 2008

_____
Notary Public

YURI KAKURIEV
Notary Public - State of New York
NO. 01KA6052808
Qualified in Queens County
My Commission Expires Dec 26, 20_10_

3