**WHITE FLEISCHNER & FINO, LLP**

61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

March 17, 2008

**By Electronic Filing**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

Re:   *Grubin v. Anastasios, et al.*
      U.S. District Court Case No. 08-cv-2000 (CM)
      Our File No. 352-11986

Hon. Judge McMahon:

The law firm of White, Fleischner & Fino, LLP is counsel of record for defendants Robert K. Rattet, Jonathan S. Pasternak, and Rattet, Pasternak & Gordon Oliver, LLP (the "Rattet Parties") in the case of *Grubin v. Anastasios, et al.,* Case No. 08-cv-2000, which was referred to Your Honor to decide a Motion to Withdraw the Bankruptcy Reference. The purpose of this letter is to request the Court's guidance regarding a briefing schedule for the pending Motion.

Plaintiff in this action, Janice Grubin, received notice of the Motion by electronic filing on February 28, 2008. Plaintiff has neither filed nor served opposition papers within 10 days of service of the Motion, *i.e.,* by March 13, 2008, as Local Civil Rule 6.1(b) requires.[1]

The Rattet Parties respectfully request the Court's guidance as to whether the Court will establish a separate briefing schedule or deem the Motion to Withdraw the Bankruptcy Reference to be unopposed.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

*Gil M. Coogler*
Gil M. Coogler
gcoogler@wff-law.com

---

[1] Local Civil Rule 5.2 provides that a paper served and filed through the Court's electronic filing system for purposes of F.R.Civ.P. 5 is served and filed in compliance with the local civil rules of the Southern District of New York. Computation of the time to serve opposition papers under F.R.Civ.P. 6 does not include intermediate Saturdays, Sundays and legal holidays, since the time to serve opposition papers is less than 11 days. Ten days after service by electronic filing on February 28, 2008 is March 13, 2008, not including intermediate Saturdays and Sundays (there were no legal holidays during this period).

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

Cc: Warren Baker, Esq.
Drinker Biddle
Attorneys for Chapter 11 Trustee
By E-Mail: wbaker@gcd.com

Richard Morrisey, Esq.
Office of the U.S. Trustee
By fax only: (212) 668-2255