**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
-------------------------------------X
Grubin


                                              NOTICE OF REASSIGNMENT
                -V-
                                              7:08 CV 2000 (SCR)


Rattet

-------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Stephen C. Robinson

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 04/30/2008

J. Michael McMahon, CLERK

by: _____
    Deputy Clerk

CC: Attorneys of Record

Case Redesignated To USMJ: George A. Yanthis

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004